# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DINO JAY SCHWERTZ** | **CIVIL ACTION** |
| **VERSUS** | **NO. 08-5199** |
| **FREDDY DREMANN, ET AL** | **SECTION "J"(3)** |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore;

**IT IS ORDERED** that plaintiff's habeas corpus claim is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**IT IS FURTHER ORDERED** that plaintiff's claims pursuant to 42 U.S.C. § 1983 are **STAYED** and the Clerk of Court is directed to mark this action as **CLOSED** for statistical purposes.

This Court shall retain jurisdiction for the purpose of ensuring that the case may be restored to the trial docket upon plaintiff's motion once his state criminal prosecution is concluded, so that

the claims against defendants may proceed to final disposition.

New Orleans, Louisiana, this 6th day of February, 2009.

_____
UNITED STATES DISTRICT JUDGE